U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 1 2 2013

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GREGORY ROSS AUD                                                          PLAINTIFF

VS.      CASE NO. 13-6064 SOH

GRISHAM LAW FIRM                                                 DEFENDANT

## NOTICE OF REMOVAL

Comes defendant ("Grisham") by its attorneys, Barber, McCaskill, Jones & Hale, P.A., and for its Notice of Removal, states:

1. On March 27, 2013, Plaintiff filed this lawsuit, No. CV-2013-36, in the Circuit Corut of Clark County, Arkansas, being *Gregory Ross Aud v. Grisham Law Firm*. Service of proceess was obtained on Audrianna Grisham on May 21, 2013. Attached hereto is a copy of the original Complaint and a copy of Defendant's Answer, being the known pleadings on file with the Circuit Clerk of Clark County, Arkansas.

2. Counsel for Gregory Ross Aud is hereby notifed the Clark County lawsuit has been removed to the United State District Court for the Western District of Arkansas, Hot Springs Division as provided by law. Promptly after the filing of this Notice of Removal, counsel for Defendant is filing a copy of the Notice of Removal with the Circuit Clerk of Clark County, Arkansas in Case No. CV-2013-36 and a copy is being mailed to counsel for Plaintiff, Harold F. Cook, Cook Law Firm, P.A., 8114 Cantrell Road, Little Rock, AR 72227.

3. Pursuant to 28 U.S.C. § 1331, 1441, and 1446, this Notice of Removal of this state court civil action is proper based upon Federal question jurisdiction and the removal is timely because this Notice of Removal is filed within thirty (30) days after service of summons.

4. Clark County is within the jurisidction and venue of the United States District Court, Western District of Arkansas, Hot Springs Division and therefore removal to this Court is proper.

5. In his Complaint, Plaintiff seeks relief under the Federal Fair Debt Collection Practices Act and, therefore, Federal question jurisdiction exists in this case.

6. Attached hereto is a copy of the Notice of Filing Notice of Removal which is being filed in the Circuit Court of Clark County, Arkansas, said Notice being attached as Exhibit "1". This removal is well-grounded in fact, warranted by existing law, and is not interposed for any improper purpose.

WHEREFORE, Defendant respectfully requests this Notice of Removal be accepted, that Clark County Circuit Court Case No. CV-2013-36 be removed from the Clark County Circuit Court to the United States District Court, Western District of Arkansas, Hot Springs Division, and for any other relief to which Defendant may be entitled.

Respectfully submitted,

BARBER, McCASKILL, JONES & HALE, P.A.
*Attorneys for Grisham*
2700 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201-3414
(501) 372-6175

By _____
Robert L. Henry, III    AR BIN 72054

## CERTIFICATE OF SERVICE

On this 11th day of June, 2013, a true and correct a copy of the above pleading was mailed to:

Harold F. Cook
J. R. Andrews
Cook Law Firm, P.A.
8114 Cantrell Road, Suite 100
Little Rock, AR 72227

_____
Robert L. Henry, III