FILED
MARTHA J. SMITH
MAR 2? 2013
10:26
CIRCUIT CLERK
CLARK COUNTY, ARKANSAS

IN THE CIRCUIT COURT OF CLARK COUNTY, ARKANSAS
CIVIL DIVISION

GREGORY ROSS AUD

                                                        PLAINTIFF

v.                                  NO. CIV-2013-36

GRISHAM LAW FIRM                                        DEFENDANT


## ORIGINAL COMPLAINT

COMES the Plaintiff, Gregory Ross Aud ("Aud") and for his Original Complaint against

Defendant Grisham Law Firm ("Grisham") states:

### I.

### STATEMENT OF JURISDICTION

1.      This claim is brought pursuant to this Arkansas Circuit Court's jurisdiction over

negligence granted by A.C.A. § 16-13-201, and concurrent jurisdiction of violations of the

Arkansas Fair Debt Collection Practices Act (hereinafter AFDCPA; A.C.A §17-24-101, et seq.)

and the Federal Fair Debt Collection Practices Act (hereinafter FDCPA; 15 U.S.C. §1692k(d)

and 28 U.S.C. §1337).

2.              Venue is proper under A.C.A. § 16-60-112 and U.S.C §1391(b),(c), in that

Access transacts business here and the incident herein complained of occurred in Clark County,

Arkansas.

II.

## PARTIES TO THE CLAIM

3.     Aud is a resident of Arkadelphia, Clark County, Arkansas, and is a "consumer" as

defined by 15 U.S.C. §1692a(3), and/or "any person" as defined by 15 U.S.C. §1692c;

4.     At the time of the incident described further herein, Grisham was a law firm that

consists of attorneys licensed to practice law in Arkansas and a "debt collector" as that term is

defined by 15 U.S.C. §1692a(6).

5.     Grisham is being served as follows:

> Audrianna Grisham
> The Grisham Law Firm
> P. O. Box 13980
> Maumelle, AR  72113

III.

## FACTUAL BACKGROUND

6.     On June 1, 2012, Aud, through counsel, filed a Motion to Set Aside a default

judgment obtained by Access Credit Management, Inc. via its counsel, Grisham Law Firm.

Grisham filed a response to Aud's Motion.  The Motion is currently pending with the Court.  On

January 14, 2013, Grisham sent a collection letter to Aud at a time when Grisham had actual

knowledge that Aud was represented by an attorney with respect to the alleged debt.  Aud's

attorney never consented to direct communication with Aud in connection with collection of the

alleged debt.  The January 14, 2013 collection letter was a "communication" as defined by 15

U.S.C. section 1592a(2).  By communicating with Aud in connection with the collection of the

alleged debt when it had actual knowledge that Aud was represented by an attorney with respect

to the alleged debt, Grisham violated 15 U.S.C. section 1692c(a)(2), and this communication is a

false, deceptive, or misleading representation or means in connection with the collection of the alleged debt, in violation of 15 U.S.C. sections 1692e and 1692e(10), and an unfair means to collect the alleged debt in violation of 15 U.S.C. section 1692f.

IV.

## VIOLATIONS OF THE FAIR DEBT COLLECTIOIN PRACTICES ACT

7.     Grisham's conduct are violations of the FDCPA for which strict liability applies pursuant to: 15 U.S.C. §1692, et seq.;

8.     Grisham's conduct are violations of the FDCPA for which statutory damages of $1,000.00 apply pursuant to: 15 U.S.C. §1692k(a)(2)(A);

9.     Grisham's conduct was a producing cause of actual damages incurred by Aud pursuant to: 15 U.S.C. §1692k(a)(1).

V.

## DAMAGES

Aud incorporates by reference all previous paragraphs as if fully set forth herein.

10.    As a direct and proximate result of the occurrence made the basis of this lawsuit, Aud sustained damages and injuries including, but not limited to, the following:

      i.   severe headaches;

     ii.   increased temper;

    iii.   loss of sleep and insomnia;

    iv.   emotional distress

11.    As a direct and proximate result of the occurrence made the basis of this lawsuit, Aud is entitled to the following damages:

      i.   actual costs, expenses and attorney fees;

    ii.  statutory damages in the maximum amount of: $1,000.00; and,

   iii.  actual damages to be determined.

## VI.

### JURY DEMAND

Aud demands a jury trial.

## VII.

### PRAYER

WHEREFORE, Aud prays for:

1. an award of actual damages pursuant to 15 U.S.C. section 1692k(a)(1) against Grisham;

2. an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. section 1692k(a)(2)(A) against Grisham;

3. an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. section 1692k(a)(3) against Grisham.

Respectfully submitted,
COOK LAW FIRM, P.A.

Harold F. Cook, AR Bar No. 99118
J. R. Andrews, AR Bar No. 92041
8114 Cantrell Road, Suite 100
Little Rock, AR 72227
501-255-1500
501-255-1116, fax

<u>VERIFICATION</u>

STATE OF ARKANSAS                                    §
                                                     §
COUNTY OF PULASKI                                    §

      BEFORE ME, the undersigned authority, personally appeared Gregory Ross Aud, who stated, upon oath, that the statements made in the foregoing instrument are true and correct to the best of his knowledge and belief.

_____
Gregory Ross Aud


      SUBSCRIBED AND SWORN TO BEFORE ME on this _20_ day of _March_, 2013.

_____
Notary Public, State of Arkansas

KIMBERLEY J. CARTER
Arkansas - Pulaski County
Notary Public - Comm# 12360924
My Commission Expires Jul 7, 2017

13-01-18 14:38          y          85 >>          501 255 1116  P 1/1

# GRISHAM LAW FIRM

*AUDRIANNA GRISHAM . Attorney at Law*

*Paralegal* ROBIN L.GIBBS
*Account Manager* . CAT VAUGHTER
*Legal Assistants* . AUDRA C. HOMAN
PATIENCE STORY

January 14, 2013

Gregory Ross Aud
401 Crittenden St.
Arkadelphia AR 71923

RE:    Plaintiff:         Access Credit Management, Inc.
       Our Client

       Defendant:        Gregory Ross Aud

Reference Account Number: 252017

Notice to Defendant of Writ of Garnishment.

The Writ of Garnishment issued by the Circuit Court of Clark County, CIV-08-36 against the Defendant(s) in the above referenced matter pursuant to the Judgment taken by my client is still in place. The purpose of this notice is to inform you that state and federal exemptions may be available to you with respect to the property subject to the levy.

Sincerely,

*Robin L. Gibbs /s/*

For The Grisham Law Firm

WRITERS DIRECT EXTENSION#: 105

THIS IS AN ATTEMPT TO COLLECT A DEBT
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

13404.001

POST OFFICE BOX 13980 ' MAUMELLE, ARKANSAS  72113
TELEPHONE 501.791.9992  FACSIMILE  501.791.9995


EXHIBIT
1

Received Time Jan. 18. 2013  2:42PM No. 5453