IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
HOT SPRINGS DIVISION

GREGORY ROSS AUD                                                                          PLAINTIFF

v.                          CASE NO. 6:13-CV-6064-SOH

GRISHAM LAW FIRM                                                                          DEFENDANT

### PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

COMES Gregory Ross Aud by his attorneys, and for his Motion to Dismiss Without Prejudice, states:

1. Defendant, in her Answer, raised the issue of improperly named party.

2. Defendant reserved the right to file a Motion to Dismiss based on the Plaintiff's naming the incorrect corporate name of the Defendant.

3. Plaintiff requests the Court allow him to dismiss his Complaint without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure, so he may name the proper corporate defendant.

Respectfully submitted,
**COOK LAW FIRM, P.A.**
8114 Cantrell Rd, Ste 100
Little Rock, AR 72227
Telephone: (501) 255-1500
Facsimile: (501) 255-1116

/s/ J. R. Andrews
Harold F. Cook, AR Bar No. 99118
J.R. Andrews, AR Bar No. 92041

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on the following counsel of record by placing same in the United States Mail, properly addressed and postage pre-paid this 19 day of September, 2013, to:

Mr. Robert L. Henry III
BARBER LAW FIRM
2700 Regions Center
400 West Capitol Ave
Little Rock, AR 72201
Telephone: (501) 372-6175
Facsimile: (501) 375-2802
Email: rhenry@baberlawfirm.com

/s/ J. R. Andrews
Harold F. Cook/J.R. Andrews