IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GREGORY AUD     PLAINTIFF

VS.     CASE NO. 6:13-CV-6064

GRISHAM LAW FIRM     DEFENDANT

## ORDER

    Before the Court is Plaintiff's Motion to Dismiss Without Prejudice. (ECF No. 10). Plaintiff requests that the above-styled cause of action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41. The Court has been notified that Defendant has no objection to the motion. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 24th day of September, 2013

                                                  /s/ Susan O. Hickey
                                                  Susan O. Hickey
                                                  United States District Judge